

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

In re Ray Allen Neil

No. 06-19-00187-CR

Original Mandamus Proceeding

Memorandum Opinion delivered by Justice Stevens, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find that the petition for writ of mandamus should be dismissed for want of jurisdiction. Therefore, we dismiss the petition.

RENDERED SEPTEMBER 13, 2019
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk